# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

Jacksonville Division

Christopher Lee Smith
_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

See attached
_Defendant(s)_
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 3:24-cv-898-TJC-MCR
(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Defendants:

Baker County Detention Center;

Scotty Rhoden, Sheriff, in individual capacity;

Randy Crews, Undersheriff, in individual capacity;

Joshua Whitehead, Detention Bureau Director, in individual capacity.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Christopher Lee Smith
   All other names by which you have been known: Chris
   ID Number: BCSO21MNI002591
   Current Institution: Baker County Detention Center
   Address: 1 Sheriff's Office Dr.
   Macclenny    FL    32063
   City         State  Zip Code

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Baker County Detention Center
   Job or Title *(if known)*:
   Shield Number:
   Employer:
   Address: 1 Sheriff's Office Drive
   Macclenny    Florida    32063
   City         State      Zip Code
   ☐ Individual capacity   ☒ Official capacity

   Defendant No. 2
   Name: Scotty Rhoden
   Job or Title *(if known)*: Sheriff
   Shield Number: Unknown
   Employer: Baker County Sheriff's Department
   Address: 1 Sheriff's Office Drive
   Macclenny    Florida    32063
   City         State      Zip Code
   ☒ Individual capacity   ☐ Official capacity

Page 2 of 11

Defendant No. 3
  Name: Randy Crews
  Job or Title (if known): Undersheriff
  Shield Number: Unknown
  Employer: Baker County Sheriff's Office
  Address: 1 Sheriff's Office Drive
  Macclenny, Florida 32063
  City / State / Zip Code
  [X] Individual capacity  [ ] Official capacity

Defendant No. 4
  Name: Joshua Whitehead
  Job or Title (if known): Detention Bureau Director
  Shield Number: Unknown
  Employer: Baker County Detention Center
  Address: 1 Sheriff's Office Drive
  Macclenny, Florida 32063
  City / State / Zip Code
  [X] Individual capacity  [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against (check all that apply):

   [ ] Federal officials (a *Bivens* claim)

   [X] State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

   First Amendment where applies to literature and newspapers.

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Effective at the beginning of 2023, BCDC became a "Paper free facility." With Lt. Whitehead's promotion to Director, they enacted an official policy of "No books allowed" and "No paper allowed."

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☒ Other *(explain)* Convicted, but not yet sentenced federal prisoner.

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

In the housing areas of the Baker County Detention Center, roughly between December, 2022 and February, 2023. Lasting through today.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

About December of 2022 all the way through today. January, 2024 our Securus tablets were replaced with inferior tablets with a fraction of the literature and no access to news.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

During a series of searches, security took away every book, magazine, Bible, religious tract or booklet, and any legal work and newspapers. We had to wait weeks to even get a bible. And now our individual tablets have been replaced by shared tablets. Only enough tablets for about half of us, with limited access to books and NO news apps or podcasts, while Immigration detainees get newspapers.

V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

① Purely psychological. Being reduced to literally staring at the walls triggered and/or increased my depression, anxiety, adjustment disorder, and especially ② my PTSD, bringing back memories and night terrors of my time in Florida DOC when I was assaulted in confinement and had to endure news of my father's death without the benefit of religious material or advise.

VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

We simply ask for access to books, to allow our families to order literature from "trusted, online sources." And to bring back the book cart to allow other inmates to read the books that have already been cleared by security. To also allow the rest of the jail population to read newspapers, not just detainees being held by I.C.E., this is discrimination based on our nation of origin.

Page 5 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

*Baker County Detention Center*

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

*Our lack of access to books or newspapers. The taking of my legal mail.*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☐ No   N/A

E. If you did file a grievance:

1. Where did you file the grievance?

Through the electronic grievance systems on the Securus and Homewav communication networks. As well as a paper grievance to the Undersheriff.

2. What did you claim in your grievance?

That denying access to books and newspapers is a violation of our 1st Amendment rights.

3. What was the result, if any?

None, every one was answered with, "We do not allow books in this facility."

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Every grievance was appealed to the next level until closed by staff. I even filed paper grievance forms to continue the process, but they were never answered or returned. Our current grievances cannot be appealed.

F. If you did not file a grievance: N/A

1. If there are any reasons why you did not file a grievance, state them here:

N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

N/A

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit
      Plaintiff(s) N/A
      Defendant(s)

   2. Court *(if federal court, name the district; if state court, name the county and State)*
      N/A

   3. Docket or index number N/A

   4. Name of Judge assigned to your case N/A

   5. Approximate date of filing lawsuit N/A

   6. Is the case still pending?
      ☐ Yes
      ☐ No       N/A

      If no, give the approximate date of disposition. N/A

   7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
      N/A

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?
   No

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) N/A
   Defendant(s)

2. Court *(if federal court, name the district; if state court, name the county and State)*

   N/A

3. Docket or index number
   N/A

4. Name of Judge assigned to your case
   N/A

5. Approximate date of filing lawsuit
   N/A

6. Is the case still pending?
   ☐ Yes   N/A
   ☐ No

   If no, give the approximate date of disposition  N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8/22/24

Signature of Plaintiff

Printed Name of Plaintiff   Christopher Smith
Prison Identification #   2100259l
Prison Address   1 Sheriff's Office Drive.
Macclenny, Florida 32063
                                                *City*               *State*          *Zip Code*

### B. For Attorneys

Date of signing:   N/A

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

                                                *City*               *State*          *Zip Code*

Telephone Number
E-mail Address

Christopher Smith
Fed. Inmate #21002591
BCDC / PO Box 1629
Macclenny, FL 32063

Legal Mail

Clerk of Court
U.S. Dist. Court
300 N. Hogan St.
Jacksonville, FL 32202

